United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Crystal L Leary  
    Debtor

Case No. 21-00487-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 02, 2022      Form ID: pdf010      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Crystal L Leary, 702 N. Warren Street, Orwigsburg, PA 17961-1312 |
| cr | + | F.N.B. Properties Company, Inc., 4140 East State Street, Hermitage, PA 16148-3401 |
| 5395189 | | AAA Anesthesia Associates, PO Box 639447, Cincinnati, OH 45263-9447 |
| 5395190 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 15025 Oxnard Street, Ste. 100, Van Nuys, CA 91411 |
| 5395194 | | Commercial Acceptance Company, 2300 Gettysburg Road, Ste. 102, Camp Hill, PA 17011-7303 |
| 5395196 | | DGR Management,Inc., 2201 Ridgewood Road, Ste. 400, Reading, PA 19610-1193 |
| 5399243 | + | F.N.B. Properties Company, Inc., 4140 E. State Street, Hermitage, PA 16148-3401 |
| 5395201 | | Geisinger, PO Box 983148, Boston, MA 02298-3148 |
| 5395203 | | Geisinger St. Luke's, PO Box 786162, Philadelphia, PA 19178-6162 |
| 5395202 | + | Geisinger St. Luke's, PO Box5386, Bethlehem, PA 18015-0386 |
| 5395204 | | HRRG, PO Box 5406, Cincinnati, OH 45273-7942 |
| 5409390 | + | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 5432624 | + | John Leary, c/o Joseph Sebelin, Esquire, 301 South Third Street, Lehighton, PA 18235-2181 |
| 5395207 | | Lehigh Valley Anesthesia Services,, Lockbox 3367 PO Box 8500, Philadelphia, PA 19178-8500 |
| 5395208 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia, PA 19178-1733 |
| 5395209 | + | Mariner Finance, 765 Kidder Street, Wilkes Barre, PA 18702-6910 |
| 5395211 | + | Mohammad Aslam MD, 101 Mill Creek Avenue, Pottsville, PA 17901-8668 |
| 5395212 | + | Orwigsburg Borough TaxCollector, 413 North Warren Street, Orwigsburg, PA 17961-1833 |
| 5395216 | + | Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 5395217 | | Schuylkill County Tax Claim Bureau, 401 N 2nd Street, Pottsville, PA 17901-1757 |
| 5403090 | + | Tamaqua Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5403089 | + | Tamaqua Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5395219 | + | Tamaqua Borough, 320 East Broad Street, Tamaqua, PA 18252-2197 |
| 5395220 | | Tamaqua Borough Tax Collector, 6 South Lehigh Street, Saylorsburg, PA 18353 |
| 5432625 | | Valor Intelligent Processing, LLC, PO Box 551259, Jacksonville, FL 32255-1259 |
| 5395221 | | Verizon, PO Box16810, Newark, NJ 07101-6810 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 02 2022 18:57:52 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5395191 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 02 2022 18:57:52 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 5396389 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 02 2022 18:57:46 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5398520 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 02 2022 18:57:46 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5395192 | | Email/Text: documentfiling@lciinc.com | May 02 2022 18:44:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 5395193 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 02 2022 18:45:00 | Comenity Capital/Big Lots Credit, PO Box 182120, 3100 Easton Square Place, Columbus, OH 43219-6232 |
| 5395194 | | Email/Text: dylan.succa@commercialacceptance.net | May 02 2022 18:45:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Ste. 102, Camp Hill, PA 17011-7303 |
| 5395195 | + | Email/PDF: creditonebknotifications@resurgent.com | May 02 2022 18:57:46 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5395197 | | Email/Text: bankruptcydepartment@tsico.com | May 02 2022 18:45:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 5395200 | | Email/Text: bankruptcy@frost-arnett.com | May 02 2022 18:44:00 | Frost-Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 5395198 | + | Email/Text: bnc-bluestem@quantum3group.com | May 02 2022 18:45:00 | Fingerhut, 6250 Ridgewood Drive, Saint Cloud, MN 56303-0820 |
| 5395199 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 02 2022 18:45:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 5395204 | ^ | MEBN | May 02 2022 18:40:53 | HRRG, PO Box 5406, Cincinnati, OH 45273-7942 |
| 5395205 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 02 2022 18:45:00 | Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 5409390 | + | Email/Text: gbechakas@outlook.com | May 02 2022 18:45:00 | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 5395206 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 02 2022 18:45:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 5407843 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 02 2022 18:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5405811 | + | Email/Text: bankruptcy@marinerfinance.com | May 02 2022 18:45:00 | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 5395210 | | Email/Text: mmrgbk@miramedrg.com | May 02 2022 18:45:00 | MiraMed Revenue Group, LLC, 360 E 22nd Street, Lombard, IL 60148-4924 |
| 5395213 | | Email/Text: bankruptcy@payliance.com | May 02 2022 18:45:00 | Payliance, 2 Easton Oval, Ste. 310, Columbus, OH 43219-6011 |
| 5395214 | | Email/Text: bankruptcies@penncredit.com | May 02 2022 18:45:00 | Penn Credit, PO Box 69703, Harrisburg, PA 17106-9703 |
| 5395215 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2022 18:57:46 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-1223 |
| 5400035 | | Email/Text: bnc-quantum@quantum3group.com | May 02 2022 18:45:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5395218 | | Email/Text: nailda@centralcreditaudit.com | May 02 2022 18:45:00 | Statewide Tax Recovery, PO Box 752, Sunbury, PA 17801-0752 |
| 5408184 | | Email/PDF: ebn_ais@aisinfo.com | May 02 2022 18:57:46 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | *+ | Tamaqua Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5409075 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2022           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Debtor 1 Crystal L Leary BrianEManning@comcast.net G17590@notify.cincompass.com |
| David William Raphael | on behalf of Creditor F.N.B. Properties Company Inc. raphaeld@fnb-corp.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor Tamaqua Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-21-00487 |
| CRYSTAL L. LEARY | Chapter 13 |
| Debtor | Henry W. Van Eck, C.B.J. |

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS

Upon consideration of the Motion of the Debtor to dismiss her case pursuant to 11 U.S.C. §1397 (b), and copies of the Motion having been served upon the Chapter 13 Trustee and the Office of the United States Trustee, it is hereby

ORDERED and DECREED that the above captioned case be and hereby is DISMISSED.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 2, 2022